VARIOUS - CHAPTER 13's

WARNING! DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A TRUE WATERMARK WHEN HOLDING THE CHECK TO THE LIGHT AND PINK LOCK AND KEY ICONS THAT FADE WHEN WARMED

**S.J. BEAULIEU, JR.**
CHAPTER 13 TRUSTEE
433 METAIRIE ROAD, SUITE 307
METAIRIE, LA 70005

SunTrust Bank
MEMPHIS, TN

64-79 / 611

**0629539**

September 29, 2010

PAY Exactly Six Thousand Three Hundred Twenty Nine And 45/100 Dollars

$******6,329.45

VOID AFTER 90 DAYS

TO THE ORDER OF
UNITED STATES BANKRUPTCY COURT
STE B-601
500 POYDRAS ST
NEW ORLEANS, LA 70130

S.J. Beaulieu Jr.

⑈0629539⑈ ⑆061100790⑆ 8800517495⑈

RUB OR BREATHE ON THE PINK LOCK & KEY ICONS - COLOR WILL FADE AND RETURN ON AN AUTHENTIC CHECK - IF COLOR DOES NOT FADE DO NOT ACCEPT

---

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 227741     - CL
* * C O P Y * *
October 08, 2010
14:31:17

TREASURY REGFUND
Debtor.: VARIOUS CH-13
Amount.:          $6,329.45 CH
Check#.: 9539

10/8/10
DEPOSITED TO 6047BK
BK #15
Due: Various CH. 13s

Cv.

Total-> $6,329.45

FROM: BEAULIEU

The attached check represents payments found to be undeliverable, detailed below, for deposit into the registry of the court.

Registry Check #629539

| Case Number | Debtors | Amount | Payees |
|---|---|---|---|
| 04-12426 | SAULNY, LINDELL B<br>4548 MIAMI DR<br>PLANO TX 75093 | 779.47 | CITY OF NEW ORLEANS<br>RM 5E03<br>1300 PERDIDO ST<br>NEW ORLEANS LA 70112 |
| 04-13923 | ANDERSON, DEBRA<br>517 AIRLINE PARK BLVD<br>METAIRIE LA 70003 | 50.51 | CAPITAL ONE<br>PO BOX 85167<br>RICHMOND VA 23285 |
| 04-13923 | ANDERSON, DEBRA<br>517 AIRLINE PARK BLVD<br>METAIRIE LA 70003 | 38.00 | CAPITAL ONE<br>PO BOX 85167<br>RICHMOND VA 23285 |
| 04-13923 | ANDERSON, DEBRA<br>517 AIRLINE PARK BLVD<br>METAIRIE LA 70003 | 86.05 | CAPITAL ONE<br>PO BOX 85167<br>RICHMOND VA 23285 |
| 04-15032 | BOOKER, VIRGINIA<br>217 PRIEST ST<br>AVONDALE LA 70094 | 6.47 | CAPITAL ONE<br>PO BOX 85167<br>RICHMOND VA 23285 |
| 04-15859 | GASSENBERGER, MARY FRANCES<br>PO BOX 9346<br>WESTWEGO LA 70096 | 27.09 | CAPITAL ONE<br>PO BOX 85167<br>RICHMOND VA 23285 |
| 04-15859 | GASSENBERGER, MARY FRANCES<br>PO BOX 9346<br>WESTWEGO LA 70096 | 23.45 | CAPITAL ONE<br>PO BOX 85167<br>RICHMOND VA 23285 |
| 04-16545 | CALISTE, LADONJA<br>PO BOX 58243<br>NEW ORLEANS LA 70158 | 488.71 | DILLARD NATIONAL BANK<br>PO BOX 52051<br>PHOENIX AZ 85072 |
| 05-11881 | ATHANASE, SONJA ADRIAN<br>1717 PLAZA DR<br>MARRERO LA 70072 | 24.33 | PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 41067<br>NORFOLK VA 23541 |
| 05-20035 | LACROIX, KIRK ANTHONY<br>LACROIX, SHELLY<br>4810 MAJOR DR<br>NEW ORLEANS LA 70128 | 1,727.09 | CITY OF NEW ORLEANS<br>RM 5E03<br>1300 PERDIDO ST<br>NEW ORLEANS LA 70112 |
| 06-10782 | NICHOLAS JR, HARRY JOSEPH<br>224 ROBERTSON RD<br>INDEPENDENCE LA 70443 | 63.12 | ADVANCE AMERICA<br>135 N CHURCH ST<br>SPARTANBURG SC 29306 |

Registry Check #629539

| Case Number | Debtors | Amount | Payees |
|---|---|---|---|
| 07-10407 | ZANDERS, LINDA<br>61561 WILLIE MCCOY RD<br>AMITE LA 70422 | 91.74 | LAMONICAS AUTO SALES<br>46424 N MORRISON BLVD<br>HAMMOND LA 70401 |
| 07-11491 | GRAVOIS, ALICE M<br>133 ESTES ST<br>METAIRIE LA 70001 | 130.56 | (debtor) |
| 07-11797 | OLMEDO, HECTOR ORLANDO<br>OLMEDO, SANDRA LORENA<br>APT 124<br>3714 N LOYOLA DR<br>KENNER LA 70065 | 1,642.05 | FORD MOTOR CREDIT<br>PO BOX 405697<br>ATLANTA GA 30348 |
| 08-10285 | MARTIN SR, CHARLES L<br>MARTIN, JONETTE EUGENE<br>3808 ACCACIA LANE<br>HARVEY LA 70058 | 507.00 | NCO FINANCIAL SYSTEMS INC<br>PO BOX 41457<br>PHILADEPHIA PA 19101 |
| 08-10285 | MARTIN SR, CHARLES L<br>MARTIN, JONETTE EUGENE<br>3808 ACCACIA LANE<br>HARVEY LA 70058 | 66.00 | NCO FINANCIAL SYSTEMS INC<br>PO BOX 41457<br>PHILADEPHIA PA 19101 |
| 09-11044 | VAN DEN HEEVER, ANDREW<br>19065 HIGHWAY 450<br>FRANKLINTON LA 70438 | 207.69 | (debtor) |
| 09-11137 | BROWN, COREY<br>BROWN, PATRICIA<br>APARTMENT B<br>4230 LAC DU BAY DR<br>HARVEY LA 70058 | 354.12 | (debtor) |
| 09-11925 | ROBINSON, LEO<br>2200 JEFFERSON HWY<br>LUTCHER LA 70071 | 16.00 | (debtor) |

$6,329.45